UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| LINDA DARNELL GERVIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARY JAMES DONATTO, | ) |
| | ) |
| CLEAN HARBORS INDUSTRIAL SERVICES INC., | ) Civil Action No. 4:16-cv-00162 |
| | ) |
| and | ) |
| | ) |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, Linda Darnell Gervin, Clean Harbors Industrial Services, Inc., Clean Harbors Environmental Services, Inc., and Cary James Donatto, hereby stipulate and agree to the voluntary dismissal of any and all claims asserted herein by Plaintiff against Clean Harbors Environmental Services, Inc. and further stipulate and agree that Clean Harbors Environmental Services, Inc. shall be and is dismissed as a party defendant to this action with prejudice.

Counsel for Linda Darnell Gervin has been authorized to file this Stipulation of Dismissal on behalf of counsel for Clean Harbors Environmental Services, Inc., Clean Harbors Industrial Services, Inc., and Cary James Donatto.

It is SO STIPULATED.

LINDA DARNELL GERVIN

By: _____
    Kevin W. Mottley (VSB No. 40179)
    Benjamin P. Kyber (VSB No. 85604)
    The Mottley Law Firm PLC
    *Co-Counsel for Plaintiff Linda Darnell Gervin*
    1700 Bayberry Court, Suite 203
    Richmond, Virginia 23226
    Ph: 804-930-1022
    Fax: 804-767-2592
    Email:    kevinmottley@mottleylawfirm.com
    Email:    benkyber@mottleylawfirm.com

Stephen M. Smith (VSB No. 14362)
David B. Holt (VSB No. 65564)
Joseph Smith, Ltd.
*Co-Counsel for Plaintiff Linda Darnell Gervin*
2100 Kecoughtan Road
Hampton, Virginia 23661-0437
Ph: (757) 244-7000
Fax: (757) 244-7046
Email: dholt@attorneys4injured.com

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. and
CLEAN HARBORS INDUSTRIAL SERVICES, INC.

By: /s/ Lynne Jones Blain
Michael E. Harman, Esq. (VSB No. 16813)
Lynne Jones Blain, Esq. (VSB No. 23719)
*Counsel for Clean Harbors Environmental Services, Inc.*
*and Clean Harbors Industrial Services, Inc.*
Harmon, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200 (T)
(804) 747-6085 (F)
Email: mharman@hccw.com
Email: lblain@hccw.com


CARY JAMES DONATTO

By: *[signature]*
Gretchen A. Jackson, Esq. (VSB No. 73064)
*Counsel for Cary James Donatto*
LeClairRyan
123 E. Main Street, 8th Floor
Charlottesville, Virginia 22902
(434) 245-3445 (T)
(434) 296-0905 (F)
Email: gretchen.jackson@leclairryan.com