UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| **LINDA DARNELL GERVIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 4:16-cv-00162 |
| **CARY JAMES DONATTO,** ) | |
| **and** ) | |
| **CLEAN HARBORS INDUSTRIAL** ) | |
| **SERVICES, INC.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

Plaintiff Linda Darnell Gervin ("Gervin"), by counsel, hereby gives notice of the following:

1. On November 17, 2017, all claims for punitive damages were dismissed, with prejudice. *See* ECF 130.

2. On November 20, 2017, all remaining pending claims were dismissed, with prejudice. *See* ECF 132.

3. As ordered by the Court, Plaintiff now gives notice that all remaining pending claims dismissed pursuant to the *Stipulation of Dismissal of All Pending* Claims, ECF 132, have been agreed upon, settled, and compromised. Accordingly, nothing remains pending before the Court except to the extent this Court retains jurisdiction to enforce the settlement, as recited in the Court's *Show Cause Order*, ECF 131.

Respectfully submitted,

LINDA DARNELL GERVIN

/s/
Kevin W. Mottley (VSB No. 40179)
Benjamin P. Kyber (VSB No. 85604)
THE MOTTLEY LAW FIRM PLC
*Co-Counsel for Plaintiff Linda Darnell Gervin*
1700 Bayberry Court, Suite 203
Richmond, Virginia 23226
Ph: 804-930-1022
Fax: 804-767-2592
Email: kevinmottley@mottleylawfirm.com
Email: benkyber@mottleylawfirm.com

Stephen M. Smith (VSB No. 14362)
David B. Holt (VSB No. 65564)
JOSEPH SMITH, LTD.
*Co-Counsel for Plaintiff Linda Darnell Gervin*
2100 Kecoughtan Road
Hampton, Virginia 23661
Ph: (757) 244-7000
Fax: (757) 244-7046
Email: dholt@attorneys4injured.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing using the Court's CM/ECF system, which caused the document to be served on the following counsel for Defendants on November 20, 2017:

>Gretchen A. Jackson, Esq.
>Shalin R. Sood, Esq.
>*Counsel for Defendant Cary James Donatto*
>LECLAIRRYAN, A PROFESSIONAL CORPORATION
>123 E. Main Street, 8th Floor
>Charlottesville, VA 22902
>Email: gretchen.jackson@leclairryan.com
>Email: shalin.sood@leclairryan.com
>
>Michael E. Harman, Esq.
>Lynne Jones Blain, Esq.
>*Counsel for Clean Harbors Environmental Services, Inc.*
>HARMON, CLAYTOR, CORRIGAN & WELLMAN
>P.O. Box 70280
>Richmond, VA 23255
>Email: mharman@hccw.com
>Email: lblain@hccw.com

/s/ _____